IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| BENCHMARK ELECTRONICS, INC. § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | C.A. NO. G-11-206 |
| § | |
| FALVEY CARGO UNDERWRITING, § | |
| LTD. and CERTAIN UNDERWRITERS AT § | |
| LLOYDS OF LONDON SUBSCRIBING § | |
| TO POLICY NO. MC2336, § | |
| § | |
| Defendants. § | |

## ORDER REMANDING CASE

It is Ordered that this action be remanded to the District Court of Brazoria County, Texas.

Each party to bear its own costs and legal fees except as agreed between them.

Signed this 19th day of Sept, 2011.

_____
Hon. John R Froeschner
United States Magistrate Judge